UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
NATIONAL INDEMNITY COMPANY,            )
                                       )
              Petitioner,              )
                                       )     Civil Action No.
                                       )
        - against -                    )     **RULE 7.1(a) DISCLOSURE**
                                       )     **STATEMENT**
SEATON INSURANCE COMPANY,              )
                                       )
              Respondent.              )
------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Petitioners, National Indemnity Company ("NICO"), certifies as follows:

    1.    NICO a non-governmental corporation.

    2.    NICO is 100% owned by Berkshire Hathaway Inc.

Dated: November 15, 2007
       New York, New York

By: _____
DEWEY & LEBOEUF LLP
John M. Nonna
Stephanie A. Wilkins
125 West 55th Street
New York, NY 10019
Phone: (212) 424-8000
Fax: (212) 424-8500

CLYDE & CO US LLP
Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
Phone: (212) 710-3900
Fax: (212) 710-3950

*Attorneys for Petitioner National Indemnity Company*