

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| NATIONAL INDEMNITY COMPANY, | |
|---|---|
| Petitioner, | Civil Action No. 07-CV-10349 (un) |
| vs. | |
| SEATON INSURANCE COMPANY, | |
| Respondent. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, by and through their undersigned counsel, that the time for Respondent Seaton Insurance Company to serve answering papers, if any, in response to Petitioner National Indemnity Company's Petition to Confirm Arbitral Award shall be extended until, and including, December 14, 2007.

Dated:   November 19, 2007

                    DEWEY & LEBOEUF LLP

                    By: _____
                      John M. Nonna (JN-8064)

                    125 West 55th Street
                    New York, NY 10019
                    (212) 424-8000

                    **Attorneys for Petitioner,**
                    **NATIONAL INDEMNITY COMPANY**


                    CADWALADER, WICKERSHAM & TAFT LLP

                    By: _____
                      John F. Finnegan (JFF-3336)

                    One World Financial Center
                    New York, NY 10281
                    (212) 504-6000

                    **Attorneys for Respondent,**
                    **SEATON INSURANCE COMPANY**


So ordered this 5 day of ~~November~~ December 2007

_____
U.S.D.J.

Part I

3809333 1