United States District Court
Southern District of New York

NATIONAL INDEMNITY COMPANY )
) Index No.: 07 CV 10363
)
)
Plaintiff ) AFFIDAVIT OF SERVICE
v. )
STONEWALL INSURANCE COMPANY )
)
)
Defendant )

STATE OF Rhode Island: COUNTY OF Coventry    ss:

I, MICHAEL A. CAIRES, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of Rhode Island. That on NOVEMBER 16, 2007 at 2:15 PM at 200 METRO CENTER BLVD, WARWICK, RI 02886, deponent served the within CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, NOTICE OF PETITION, RULE 7.1 DISCLOSURE STATEMENT, PETITION TO CONFIRM ARBITRAL AWARD, MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRAL AWARD on STONEWALL INSURANCE COMPANY therein named.

CORPORATION/BUSINESS: by delivering thereat a true copy of each to RAYMOND RIZZI personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the VICE PRESIDENT thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Salt and Pepper    Glasses: Yes    Approx. Age: 51    Height: 5'10"
Weight: 177

COMMENTS: Recipient represented to me that he is authorized to accept service of process on behalf of Stonewall Insurance Company.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Michael A. Caires
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

11-16-2007
Executed on:

Subscribed and sworn to before me, a notary public, on this _16_ day of _November_, 2007.

Notary Public    My Commission Expires:

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600