**United States District Court**
**Southern District of New York**

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY | ) Index No.: 07 CV 10349 |
| | ) |
| Plaintiff | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| SEATON INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |

STATE OF Rhode Island: COUNTY OF Coventry    ss:

I, MICHAEL A. CAIRES, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of Rhode Island. That on NOVEMBER 16, 2007 at 2:15 PM at 200 METRO CENTER BLVD, WARWICK, RI 02886, deponent served the within GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, CIVIL COVER SHEET, MEMO OF LAW IN SUPPORT OF PETITION, NOTICE OF PETITION, PETITION TO CONFIRM ARBITRAL AWARD, RULE 7.1 STATEMENT, SUMMONS, on SEATON INSURANCE COMPANY therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to ROBERT CARLSON personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the TREASURER thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Salt and Pepper   Glasses: Yes   Approx. Age: 57   Height: 6'1"
Weight: 220

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Seaton Insurance Company.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Michael A. Caires
Target Research LLC

Executed on: 11-16-2007

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___16___ day of __November__, 2007.

_____
Notary Public                My Commission Expires:

Target Research LLC   •   20 Vesey Street, PH, New York, NY 10007   •   (212) 227-9600